COM.

v.

WATSON, L.

3250 EDA 2015

Superior Court of Pennsylvania.

08/03/2017

CP–51–CR–0001136–2014
(Philadelphia)

Affirmed

COM.

v.

MUCHINSON, D.

1952 EDA 2016

Superior Court of Pennsylvania.

08/03/2017

CP–51–CR–0005403–2015
(Philadelphia)

Appeal Dismissed

COM.

v.

ALLEN, H.

2651 EDA 2016

Superior Court of Pennsylvania.

08/03/2017

CP–23–CR–0000187–2011
(Delaware)

Affirmed

WHITEACRE FUNDING

v.

ROSENBERG, S.

3131 EDA 2016

Superior Court of Pennsylvania.

08/03/2017

No. 15–06100
(Montgomery)

Affirmed